UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CLIFTON L. ALEXANDER**                                                                      **PLAINTIFF**

v.                          **CASE NO. 5:09cv00305 BSM/JTK**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                       **DEFENDANT**

## ORDER

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney have been received. There have been no objections. After careful review, it is concluded that the findings and recommendations should be, and are hereby, approved and adopted in all respects in their entirety. Judgment shall be entered accordingly.

IT IS SO ORDERED this 10th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE