UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CLIFTON L. ALEXANDER**                                                                                    **PLAINTIFF**

**v.**                         **CASE NO. 5:09cv00305 BSM/JTK**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                          **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case today, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and plaintiff's case is dismissed with prejudice.

IT IS SO ADJUDGED this 10th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE